■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTWAN HARRISON, Appellant. [797 NYS2d 298]—

Appeal by the defendant from a judgment of the Supreme

Court, Kings County (Starkey, J.), rendered October 24, 2000, convicting him of assault in the first degree (two counts) and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the court improperly marshaled evidence is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Bacchus*, 183 AD2d 720 [1992]; *People v McDonald*, 144 AD2d 701, 702 [1988]), and in any event, is without merit (*see* CPL 300.10 [2]; *People v Turton*, 221 AD2d 671 [1995]; *People v Montana*, 192 AD2d 623 [1993]). Contrary to the defendant's contention, the court marshaled the evidence in an evenhanded manner and did not give undue emphasis to the People's contentions (*see People v O'Neal*, 12 AD3d 620, 621 [2004]). The court emphasized that identification must be proven beyond a reasonable doubt, instructed the jury that its recollection of the evidence was controlling, and reminded the jury that it was the exclusive judge of credibility (*see People v Snyder*, 294 AD2d 381, 382 [2002]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Florio, J.P., Krausman, Luciano and Spolzino, JJ., concur.